UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

RICKY COMARDELLE ET AL.                                CIVIL ACTION

VERSUS                                                 NO. 08-3444

MURRAY J. BUQUET ET AL.                                SECTION "R" (2)

### ORDER ON MOTION

APPEARANCES:   None (on the briefs)

MOTION:        Defendant's Motion for a More Definite Statement, Record Doc. No. 7

O R D E R E D:

 XXX  :  DENIED, subject to the order contained herein. Rule 12(e) permits the court to order plaintiffs to file a more definite statement of their claims if the complaint "is so vague or ambiguous that a party cannot reasonably be required to frame a responsive pleading." The petition in this case is not such a pleading. The petition sets out both the factual basis of plaintiffs' claims and their legal causes of action in sufficient detail to permit defendant to respond. Notice pleading in this court pursuant to Fed. R. Civ. P. 8 generally does not require the kind of specific pleading defendant seeks, all of which is more appropriately addressed in disclosure and discovery. Defendants can reasonably be required to prepare an answer or other appropriate response to the complaint, and in fact they have already filed a Rule 12(b)(6) motion. Record Doc. No. 8.

I note, however, that the petition asserts civil rights violations, including excessive force, due process, equal protection and free association causes of action, all cognizable in this court under 42 U.S.C. § 1983. Although defendants have not yet filed an answer, it can reasonably be anticipated that defendants will assert the affirmative defense of qualified immunity in response to these kinds of allegations. Accordingly, **IT IS ORDERED** that – if the defense of qualified immunity is asserted in defendants' answer – more specific pleading by plaintiffs, in the form of the Rule 7(a) reply discussed in Fifth Circuit decisions such as Schultea v. Wood, 47 F.3d 1427 (5th Cir. 1995), and

Reyes v. Sazan, 168 F.3d 158 (5th Cir. 1999), must be filed no later than within ten (10) days of service of the answer.

       New Orleans, Louisiana, this \_\_\_20th\_\_\_ day of August, 2008.

                 JOSEPH C. WILKINSON, JR.
                 UNITED STATES MAGISTRATE JUDGE